# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA,

v.

Case No. 3:16-cr-00051-BR-23

ORDER CONTINUING
SUPERVISED RELEASE

GEOFFREY STANEK,

       **Defendant.**

On June 18, 2019, Defendant appeared with counsel at a hearing to determine whether his supervised release should be revoked. The Defendant admitted to the allegation, and the Court found the Defendant in violation for failing to pay total criminal monetary penalties of $3,100.00 which were due immediately.

The Court finds, however, Defendant is suitable for community supervision.

**IT IS ORDERED** that Defendant's term of Supervised Release is extended for one-year.

All other conditions are to remain in full force and effect.

DATED: June 18, 2019

                                                                          The Honorable Anna J. Brown
                                                                          United States Senior District Judge